

# BEVERLY CRUMLEY   HAYS COUNTY DISTRICT CLERK

Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas  78666
512/393-7660

**FILED**

*January 6, 2015*

**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

To:    Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas  78711-2547

Re:    Appellate Court #03-13-00706-CR
TC Cause # CR-12-0739
Style:  State of Texas vs. Bruce Felder

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on December 19, 2014.

Beverly Crumley
District Clerk, Hays County

By:_____/s/  Kathy Orlowski_____
                Deputy